```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 05 B 36300
    SHEREE M RUTH
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-5766


------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 09/09/2005 and was confirmed 12/07/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 03/19/2008.
------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT   INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------
NUMARK CREDIT UNION         SECURED          17500.00       3064.33       5045.65
NATIONWIDE ACCEPTANCE~      SECURED NOT I      903.30          .00            .00
NATIONWIDE ACCEPTANCE~      UNSECURED          447.77          .00            .00
SULLIVAN URGENT AID         UNSECURED       NOT FILED          .00            .00
RADIOLOGY IMAGING CONSUL    UNSECURED       NOT FILED          .00            .00
PREMIUM ASSET RECOVERY C    UNSECURED       NOT FILED          .00            .00
MEDICAL COLLECTIONS SYS     UNSECURED       NOT FILED          .00            .00
RADIOLOGY IMAGING CONSUL    UNSECURED       NOT FILED          .00            .00
MEDICAL RECOVERY SPECIAL    UNSECURED       NOT FILED          .00            .00
CITY OF CHICAGO DEPT OF     UNSECURED       NOT FILED          .00            .00
BAKER MILLER MARKOFF & K    UNSECURED       NOT FILED          .00            .00
TCF NATIONAL BANK           UNSECURED       NOT FILED          .00            .00
AMERICAN BANKERS INSURAN    UNSECURED       NOT FILED          .00            .00
AT & T BANKRUPCTY           UNSECURED       NOT FILED          .00            .00
MOUNT CALVARY CHURCH OF     UNSECURED       NOT FILED          .00            .00
UNIVERSITY OF PHOENIX       UNSECURED       NOT FILED          .00            .00
ISAC                        UNSECURED       NOT FILED          .00            .00
ADVOCATE HEALTH CARE        UNSECURED       NOT FILED          .00            .00
MERCHANTS CREDIT GUIDE      UNSECURED       NOT FILED          .00            .00
CREDIT COLLECTION SERVIC    UNSECURED       NOT FILED          .00            .00
PUBLIC STORAGE              UNSECURED       NOT FILED          .00            .00
NATIONWIDE COMMERCIAL LP    UNSECURED       NOT FILED          .00            .00
INGALLS HOSPITAL            UNSECURED       NOT FILED          .00            .00
ROBYN JACKSON MD            UNSECURED       NOT FILED          .00            .00
ALLIED INTERSTATE           UNSECURED       NOT FILED          .00            .00
DOMINICKS FOOD STORE        UNSECURED       NOT FILED          .00            .00
FARMERS INSURANCE           UNSECURED       NOT FILED          .00            .00
NUMARK CREDIT UNION         UNSECURED         9582.07          .00            .00
MOULTON & ASSOCIATES        DEBTOR ATTY      2,000.00                     2,000.00
TOM VAUGHN                  TRUSTEE                                         618.23
DEBTOR REFUND               REFUND                                          811.08


                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 36300 SHEREE M RUTH
```

```
     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                           RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                   11,539.29

PRIORITY                                                  .00
SECURED                                              5,045.65
    INTEREST                                         3,064.33
UNSECURED                                                 .00
ADMINISTRATIVE                                       2,000.00
TRUSTEE COMPENSATION                                   618.23
DEBTOR REFUND                                          811.08
                         ---------------       ---------------
TOTALS                    11,539.29                 11,539.29
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                  /s/ Tom Vaughn
    Dated: 09/11/08               _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE
```